THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARNELL THOMPSON, Appellant. [5 NYS3d 906]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 23, 2008 (*People v Thompson*, 54 AD3d 975 [2008]), affirming a judgment of the Supreme Court, Kings County, rendered November 15, 2005.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Balkin, Dickerson and Leventhal, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARTH WAITE, Appellant. [5 NYS3d 894]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Dutchess County (Greller, J.), imposed November 25, 2013.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Mastro, Hall, Miller and LaSalle, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANGELO CARZOGLIO, Petitioner, v WARDEN DIAZ, Respondent. [5 NYS3d 912]—Writ of habeas corpus in the nature of an application for bail reduction upon Westchester County S.C.I. No. 9541-14, and to release the petitioner on his own recognizance.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the County Court, Westchester County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Eng, P.J., Hall, Cohen and Barros, JJ., concur.